

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00486-CV

TEXAS DEPARTMENT OF AGING
AND DISABILITY SERVICES AND
DENTON STATE SUPPORTED
LIVING CENTER

APPELLANTS

V.

FARHAT CHISHTY, AS NEXT
FRIEND OF HASEEB CHISHTY

APPELLEE

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  July 19, 2012